NEEL CHATTERJEE, (SBN 173985)
*NChatterjee@goodwinlaw.com*
ANDREW ONG, (SBN 267889)
*AOng@goodwinlaw.com*
ELIZABETH J. LOW, (SBN 308098)
*ELow@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California  94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

SIDRA MAHFOOZ*
**AMERICAN CIVIL LIBERTIES UNION**
125 Broad St.
New York, NY 10004
Tel.: +1 646 885 8420
smahfooz@aclu.org

MY KHANH NGO (SBN 317817)
HANNAH SCHOEN (SBN 332039)
**AMERICAN CIVIL LIBERTIES UNION**
39 Drumm Street
San Francisco, CA 94111
Tel.: +1 415 343 0770
mngo@aclu.org
irp_hs@aclu.org

SHILPI AGARWAL (SBN 270749)
MARIA ROMANI*
**ACLU FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, CA 94111
sagarwal@aclunc.org
mromani@aclunc.org

*Pro hac vice application forthcoming*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; ACLU FOUNDATION OF NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 3:22-cv-7534-TSH<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Dept:    Courtroom G —15th Floor<br>Judge:   Hon. Thomas S. Hixson |

**PROOF OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action.  My residence or business address is:  601 Marshall St., Redwood City, CA 94063.

On December 2, 2022, I caused to be served the following documents on the person(s) below:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFFS' DISCLOSURE OF NONPARTY INTERESTED ENTITIES OR PERSONS; NOTICE OF APPEARANCE OF COUNSEL; STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON; DISCOVERY STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXON; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ELECTRONIC FILING REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
*By Certified Mail*

United States Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528
*By Certified Mail*

United States Department of Homeland Security
c/o Diane Lackey
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102
*By Certified  Mail*

United States Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009
*By Certified Mail*

United States Immigration and Customs Enforcement
c/o Diane Lackey
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102
*By Certified Mail*

1

United States Attorney's Office Northern District of California
ATTN: CIVIL PROCESS CLERK
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102
* *By Messenger Service*

☑ (CERTIFIED MAIL).  By United States Certified mail. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☑ (MESSENGER SERVICE)  By messenger service.  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 12, 2022 at San Jose, California.

| Gareth J. Oania | |
|---|---|
| (Type or print name) | (Signature) |

2

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
CASE NO. 3:22-CV-7534-TSH

| *Attorney or Party without Attorney:*<br>ANDREW ONG (SBN 267889)<br>GOODWIN PROCTER LLP<br>601 MARSHALL STREET<br>REDWOOD CITY , CA 94063<br><br>  *Telephone No:*  (650) 752-3100 | | *For Court Use Only* |
|---|---|---|
|   *Attorney For:*  Plaintiff | *Ref. No. or File No.:*<br>099997/367408 | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| *Plaintiff:*  AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al.<br>*Defendant:*  UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:22-CV-07534-TSH |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFFS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS; NOTICE OF APPEARANCE OF COUNSEL X 3; STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON; DISCOVERY STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXON; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; EF REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3.   *a.*  *Party served:*    UNITED STATES ATTORNEY'S OFFICE NORTHERN DISTRICT OF CALIFORNIA
  *b.*  *Person served:*   Yvonne Nickerson, Government clerk , authorized to accept served under F.R.C.P. Rule 4.

4.   *Address where the party was served:*   450 GOLDEN GATE AVENUE, SAN FRANCISCO, CA 94102

5.   *I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Dec 02 2022 (2) at: 03:51 PM

6. **Person Who Served Papers:**
  a. David Cipres (2022-0001510, San Francisco)         **d.** ***The Fee*** *for Service was:*   177.27
  **b. FIRST LEGAL**
    200 WEBSTER STREET, SUITE 201
    OAKLAND, CA 94607
  c. (415) 626-3111

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                       12/05/2022

                         *(Date)*                                   *(Signature)*

