CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
FAX: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; ACLU OF NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | CASE NO. 3:22-CV-07534-TSH <br><br> **JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court continue the Case Management Conference currently set for March 5, 2026, *see* ECF No. 67, and all associated deadlines, until April 2, 2026, at 10:00 a.m.

The parties previously agreed that all issues relating to Defendant's obligation to produce records under FOIA have been resolved, and that the only outstanding unresolved issues relate to Plaintiffs' claim for attorney's fees and costs. *See* ECF No. 55. The parties have been actively negotiating Plaintiffs' claim for attorney's fees and costs and believe they are close to resolution. However, the parties need additional time to complete negotiations and believe that a continuance of the Case Management Conference to April 2, 2026 will allow them sufficient time to attempt to resolve Plaintiffs'

STIP. TO CONTINUE CMC; DECL.; ~~[PROPOSED]~~ ORDER
CASE NO. 3:22-CV-7534-TSH

claim for attorney's fees and costs without the need for further litigation.

This is the parties' twenty-third request to modify the schedule in this case. The requested modification will not impact the schedule for the case because no further schedule has yet been set.

DATED: February 26, 2026

Respectfully submitted,

/s/ Andrew S. Ong
ANDREW S. ONG
GOODWIN PROCTER LLP

Attorneys for Plaintiffs

CRAIG H. MISSAKIAN
United States Attorney

/s/ Kenneth Brakebill[1]
KENNETH BRAKEBILL
Assistant United States Attorney

Attorneys for Defendant

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:22-CV-7534-TSH

### DECLARATION OF KENNETH BRAKEBILL

I, Kenneth Brakebill, declare as follows:

1.      I am an Assistant United States Attorney and the attorney of record for Defendant in this action.  I submit this declaration in support of the parties' Joint Stipulation to Continue the Case Management Conference filed concurrently herewith.  The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2.      The parties have been actively meeting and conferring about Plaintiffs' claim for attorney's fees and costs in an attempt to resolve this issue without the need for Court intervention.  The parties have agreed to request a continuance of the Case Management Conference until April 2, 2026, to provide additional time for the parties to complete the meet-and-confer process.

3.      This is the parties' twenty-third joint request to modify the schedule for this matter. The parties previously stipulated to extend the answer deadline and the Case Management Conference eighteen times.  *See* ECF Nos. 16, 21-36, 38-39, 40-41, 42-43, 45-56, 58-59, 61-62, 64-65, 66-67.

4.      The requested continuance of the Case Management Conference will not affect the schedule for the case because no further schedule has yet been set.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief.  Executed this 26th day of February, 2026, in San Francisco, California.

/s/ *Kenneth W. Brakebill*
KENNETH W. BRAKEBILL
Assistant United States Attorney

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:22-CV-7534-TSH

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference is continued until April 2, 2026, at 10:00 a.m.  A joint case management statement is due one week prior.

DATED: February 26, 2026

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:22-CV-7534-TSH