CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
FAX: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; ACLU OF NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | CASE NO. 3:22-CV-07534-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court continue the Case Management Conference currently set for April 2, 2026, *see* ECF No. 70, and all associated deadlines, until May 28, 2026, at 10:00 a.m., if necessary.

The parties previously agreed that all issues relating to Defendant's obligation to produce records under FOIA have been resolved, and that the only outstanding unresolved issues relate to Plaintiffs' claim for attorney's fees and costs. *See* ECF No. 68. The parties have resolved the final issue of Plaintiffs' claim for attorney's fees and costs and are working to finalize a settlement agreement and dismissal document. The parties expect to file a stipulation of dismissal within thirty (30) days.

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:22-CV-7534-TSH

This is the parties' twenty-fourth request to modify the schedule in this case. The requested modification will not impact the schedule for the case because no further schedule has yet been set.

DATED: March 25, 2026

Respectfully submitted,

/s/ Andrew S. Ong
ANDREW S. ONG
GOODWIN PROCTER LLP

CRAIG H. MISSAKIAN
United States Attorney

Attorneys for Plaintiffs

/s/ Kenneth Brakebill[1]
KENNETH BRAKEBILL
Assistant United States Attorney

Attorneys for Defendant

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:22-CV-7534-TSH

## DECLARATION OF KENNETH BRAKEBILL

I, Kenneth Brakebill, declare as follows:

1.     I am an Assistant United States Attorney and the attorney of record for Defendant in this action.  I submit this declaration in support of the parties' Joint Stipulation to Continue the Case Management Conference filed concurrently herewith.  The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2.     The parties have reached agreement regarding Plaintiffs' claim for attorney's fees and costs.  The parties have agreed to request a continuance of the Case Management Conference until May 28, 2026, to provide additional time for the parties to finalize a settlement agreement and dismissal document.  The parties expect to file a stipulation of dismissal within thirty (30) days.

3.     This is the parties' twenty-fourth joint request to modify the schedule for this matter. The parties previously stipulated to extend the answer deadline and the Case Management Conference eighteen times.  *See* ECF Nos. 16, 21-36, 38-39, 40-41, 42-43, 45-56, 58-59, 61-62, 64-65, 66-67, 68, 70.

4.     The requested continuance of the Case Management Conference will not affect the schedule for the case because no further schedule has yet been set.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief.  Executed this 25th day of March, 2026, in San Francisco, California.

> /s/ *Kenneth W. Brakebill*
> KENNETH W. BRAKEBILL
> Assistant United States Attorney

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:22-CV-7534-TSH

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference is continued until May 28, 2026, at 10:00 a.m., if necessary.  A joint case management statement is due one week prior.

DATED: March 25, 2026

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:22-CV-7534-TSH